IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN JAY POWERS, | No. 4:20-CV-01519 |
| Petitioner, | (Judge Brann) |
| v. | |
| HERMAN QUAY, | |
| Respondent. | |

## ORDER

**JANUARY 15, 2021**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Petitioner's motion (Doc. 14) to expedite is **GRANTED**;

2. The petition for writ of habeas corpus (Doc. 1) is **DISMISSED** as moot; and,

3. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge